**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00823-CR
No. 05-16-00824-CR

**CORIN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75527-H, F16-00440-H**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the May 11, 2017 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Corin Deon Robinson, TDCJ No. 02077977, Sanchez Unit, 3901 State Jail Road, El Paso, Texas, 79938-8456.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE